**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000176
30-SEP-2020
10:17 AM

NO. CAAP-20-0000176

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11, Plaintiff-Appellee, v. ARTHUR EMIL GALANG; NORIVIC V. GALANG; NORMA PASCUAL RODIL; Defendants- Appellants, and LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SALE 2004-11; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50; DOE ENTITIES 1-50, AND DOE GOVERNMENTAL UNITS 1-50, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC151001045)

ORDER DISMISSING APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On March 20, 2020, self-represented Defendants-Appellants Arthur Emil Galang, Norivic V. Galang, and Norma Pascual Rodil filed the notice of appeal electronically through Arthur Emil Galang, a registered Judiciary Electronic Filing System (JEFS) User. But Norivic V. Galang and Norma Pascual Rodil are not registered JEFS Users and the notice of appeal does not contain their handwritten signatures, consistent with Hawaiʻi

Electronic Filing & Service Rules Rule 5.3.  Thus, the notice of appeal is invalid as to Norivic V. Galang and Norma Pascual Rodil;

(2) The opening brief was due on a clerk's extension on or before July 15, 2020;

(3) Arthur Emil Galang failed to file the opening brief or request a second extension of time;

(4) On July 22, 2020, the appellate clerk notified Arthur Emil Galang that the time for filing the opening brief had expired, the matter would be called to the court's attention on August 3, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Arthur Emil Galang could request relief from default by motion; and

(5) Arthur Emil Galang took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.[1]

DATED:  Honolulu, Hawaiʻi, September 30, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

---

[1]  Even if the notice of appeal was valid as to Norivic V. Galang and Norma Pascual Rodil, we note they also failed to file the opening brief, the appellate clerk notified them about the default on July 22, 2020, and they also failed to take any further action in the appeal.  Thus, dismissal of their appeal, if valid, would also be warranted for failure to file the opening brief.